UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SEAN STRONG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cv-00179-RLY-CSW |
| ) | |
| INDIANA DEPARTMENT OF CORRECTION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# FINAL JUDGMENT

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT. The action is dismissed with prejudice.

Date: 8/22/2025

Kristine L. Seufert, Clerk of Court

By: _____
Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

SEAN STRONG
136111
PLAINFIELD - CF
PLAINFIELD CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

All Electronically Registered Counsel